HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PORT OF SEATTLE, et al.,<br><br>Plaintiffs,<br>v.<br><br>TODD BLANCHE in his official capacity as Attorney General of the United States, et al.,<br><br>Defendants. | No. 2:26-cv-03301-BJR<br><br>REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR PRELIMINARY INJUCNTION |

Pursuant to Federal Rule of Evidence 201(b), Plaintiffs Port of Seattle, King County, Kitsap County, Snohomish County, Thurston County, City of Bellingham, and City of Bremerton ("Plaintiffs") respectfully request that the Court take judicial notice of the following documents in support of its Motion for Preliminary Injunction, true and correct copies of which are attached hereto:

**Exhibit 1**: U.S. Department of Justice ("DOJ") Office of Justice Programs ("OJP"), "General Conditions" for OJP Awards in FY 2025 (May 12, 2025), https://www.ojp.gov/funding/explore/legaloverview2025/mandatorytermsconditions.

**Exhibit 2**: DOJ OJP, "General Conditions" for OJP Awards in FY 2026 (May 19, 2026), https://www.ojp.gov/funding/explore/legaloverview2026/mandatorytermsconditions.



PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

**Exhibit 3**: DOJ Office on Violence Against Women ("OVW"), FY 2025 General Terms and Conditions, https://www.justice.gov/ovw/fy-2025-general-terms-and-conditions (last visited September 23, 2026).

**Exhibit 4**: DOJ OVW, FY 2026 General Terms and Conditions, https://www.justice.gov/ovw/fy-2026-general-terms-and-conditions (last visited September 23, 2026).

**Exhibit 5**: DOJ, OVW, FY 2026 Application Companion Guide, https://www.justice.gov/ovw/fy-2026-application-companion-guide (last visited October 9, 2026).

**Exhibit 6**: DOJ Office of Community Oriented Policing Services ("COPS"), FY 2026 Law Enforcement Mental Health and Wellness Act (LEMHWA) Program Application Resource Guide (May 2026), https://cops.usdoj.gov/pdf/2026ProgramDocs/lemhwa/Resource_Guide.pdf.

**Exhibit 7**: DOJ, Notice of Funding Opportunity ("NOFO"), Bureau of Justice Assistance ("BJA") FY25 Edward Byrne Memorial Justice Assistance Grant ("Byrne JAG") Program – Local Formula (March 13, 2026), https://www.ojp.gov/funding/docs/bja-2025-172542.pdf.

**Exhibit 8**: DOJ, NOFO, BJA FY 2026 Byrne JAG Program – Local Formula (August 25, 2026), https://www.ojp.gov/funding/docs/bja-2026-172705.pdf.

**Exhibit 9**: DOJ, NOFO, Bureau of Justice Statistics ("BJS") FY25 Consolidated National Criminal History Improvement Program ("NCHIP") (January 14, 2026), https://bjs.ojp.gov/funding/opportunities/o-bjs-2025-172527.

**Exhibit 10**: DOJ, NOFO, BJS FY 2026 Consolidated NCHIP, https://www.ojp.gov/funding/docs/bjs-2026-172688.pdf (last visited September 23, 2026).

**Exhibit 11**: DOJ, NOFO, OVW Fiscal Year 2025 STOP Formula Grant Program, https://www.justice.gov/ovw/media/1400476/dl?inline (last visited September 23, 2026).



PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

**Exhibit 12**: DOJ, NOFO, OVW: FY 2026 STOP Violence Against Women Formula Grant Program, https://www.justice.gov/ovw/media/1443706/dl?inline (last visited September 23, 2026).

**Exhibit 13**: DOJ, NOFO, OVW Fiscal Year 2025 Training and Services to End Abuse in Later Life Program (May 19, 2025), https://www.justice.gov/ovw/media/1400686/dl?inline.

**Exhibit 14**: DOJ, NOFO, OVW, FY 2026 Grants to Improve the Criminal Justice Response to Domestic Violence, Dating Violence, Sexual Assault, and Stalking ("ICJR") Program, https://www.justice.gov/ovw/media/1444306/dl?inline (last visited October 9, 2026).

**Exhibit 15**: DOJ, NOFO, FY25 Law Enforcement Mental Health and Wellness Act ("LEMHWA") Implementation Projects, https://www.grants.gov/search-results-detail/358969.

**Exhibit 16**: DOJ, NOFO, FY 2026 COPS LEMHWA Program (June 9, 2026), https://cops.usdoj.gov/pdf/2026ProgramDocs/lemhwa/nofo.pdf.

**Exhibit 17**: Memorandum from the Attorney General to all Federal Agencies, *Guidance for Recipients of Federal Funding Regarding Unlawful Discrimination* ("Discrimination Guidance Memo") (July 29, 2025), https://www.justice.gov/ag/media/1409486/dl.

**Exhibit 18**: Memorandum from the Acting Deputy Attorney General to All Department Employees, *Interim Policy Changes Regarding Charging, Sentencing, and Immigration Enforcement* (January 21, 2025), https://www.washingtonpost.com/documents/2f9af176-72c5-458a-adc4-91327aa80d11.pdf.

**Exhibit 19**: Memorandum from the Attorney General to All Department Employees, *Sanctuary Jurisdiction Directives* (February 5, 2025) https://www.justice.gov/ag/media/1388531/dl?inline.

**Exhibit 20**: U.S. Department of Homeland Security ("DHS"), DHS Standard Terms and



PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

Conditions, FY 2025 Version 3 (April 18, 2025), https://www.dhs.gov/sites/default/files/2025-08/2025_0418_fy2025_dhs_terms_and_conditions_version_3.pdf.

**Exhibit 21**: DHS, Section 6.5 – DHS Standard Terms and Conditions (April 16, 2026), https://www.dhs.gov/sites/default/files/2026-04/26_0421_cfo_fy26-dhs-terms-and-conditions.pdf.

**Exhibit 22**: DHS, Federal Emergency Management Agency ("FEMA"), NOFO, Fiscal Year 2025 Emergency Management Performance Grant Program ("EMPG") (July 28, 2025), https://www.fema.gov/grants/preparedness/emergency-management-performance/fy-25-nofo.

**Exhibit 23:** DHS, FEMA, NOFO, Fiscal Year 2026 EMPG (June 15, 2026), https://www.grants.gov/search-results-detail/362796.

**Exhibit 24**: DHS, FEMA, NOFO, Fiscal Year 2025 Transit Security Grant Program ("TSGP") https://www.fema.gov/sites/default/files/documents/fy_2025_tsgp_nofo.pdf (last visited September 23, 2026).

**Exhibit 25**: DHS, FEMA, NOFO, Fiscal Year 2026 TSGP, https://www.fema.gov/sites/default/files/documents/fema-gdp_FY26_TSGP_NOFO.pdf (last visited September 23, 2026).

**Exhibit 26**: DHS, FEMA, NOFO, Fiscal Year 2025 Assistance to Firefighters Grant ("AFG") Program, https://www.fema.gov/sites/default/files/documents/fema_rsl_hmd_fy25-afg-nofo_05292026.pdf (last visited September 23, 2026).

**Exhibit 27**: DHS, FEMA, NOFO, Fiscal Year 2025 Staffing for Adequate Fire and Emergency Response ("SAFER") Grant Program, https://www.fema.gov/sites/default/files/documents/fema_rsl_gpd_fy25-safer-nofo_05152026.pdf (last visited September 23, 2026).



PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

**Exhibit 28**: DHS, FEMA, NOFO, FIFA World Cup Grant Program, https://files.simpler.grants.gov/opportunities/c5537daf-8d1f-4468-81fa-3adc01a92460/attachments/0cf38760-60fd-49a9-ac6a-76b010888d40/FIFA_World_Cup_Grant_Program_NOFO_Final_508.pdf (last visited October 8, 2026).

**Exhibit 29**: Environmental Protection Agency ("EPA"), General Terms and Conditions Effective October 1, 2024 (April 4, 2025), https://web.archive.org/web/20250404002221/https://www.epa.gov/system/files/documents/2024-10/fy_2025_epa_general_terms_and_conditions_effective_october_1_2024_or_later.pdf.

**Exhibit 30**: EPA, General Terms and Conditions Effective October 1, 2024 (September 4, 2025), https://web.archive.org/web/20250904042740/https://www.epa.gov/system/files/documents/2024-10/fy_2025_epa_general_terms_and_conditions_effective_october_1_2024_or_later.pdf.

**Exhibit 31**: EPA, General Terms and Conditions Effective October 1, 2024 (April 24, 2026), https://web.archive.org/web/20260424213336/https://www.epa.gov/system/files/documents/2025-10/fy_2026_epa_general_terms_and_conditions_effective_october_1_2025_or_later.pdf.

**Exhibit 32**: EPA, General Terms and Conditions Effective October 1, 2025 (June 1, 2026), https://www.epa.gov/system/files/documents/2025-10/fy_2026_epa_general_terms_and_conditions_effective_october_1_2025_or_later.pdf.

**Exhibit 33**: EPA, NOFO, Region 10 Fiscal Year 2025 Wetland Program Development Grants ("WPDG"), https://www.epa.gov/system/files/documents/2026-02/epa-reg10-wpdg-25-final.pdf (last visited September 23, 2026).



PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

**Exhibit 34**: EPA, NOFO, Puget Sound Action Agenda - Strategic Implementation Leads (March 11, 2026), https://www.grants.gov/search-results-detail/361446.

**Exhibit 35**: EPA, Press Release, *EPA Administrator Lee Zeldin Cancels Nine More Contracts, Saving Nearly $60 Million* (February 14, 2025), https://www.epa.gov/newsreleases/epa-administrator-lee-zeldin-cancels-nine-more-contracts-saving-nearly-60-million.

**Exhibit 36**: EPA, Press Release, *EPA Terminates Biden's Environmental Justice, DEI Arms of Agency* (March 12, 2025), https://www.epa.gov/newsreleases/epa-terminates-bidens-environmental-justice-dei-arms-agency.

**Exhibit 37**: EPA Office of Inspector General, *Management Alert: Alteration of the EPA's Grants Management Plan 2021–2025, Report No. 26-N-0034* (June 1, 2026), https://www.epa.gov/system/files/documents/2026-06/_epaoig_20260601-26-n-0034_cert.pdf.

**Exhibit 38**: EPA, RAIN-2025-G02, Class Exception from Requirements under 40 CFR Part 33 and Class Waiver from EPA Order 5700.6 A2 CHG 2, Section 7.0 (Apr. 7, 2025), https://www.epa.gov/grants/rain-2025-g02.

**Exhibit 39**: Commerce, Financial Assistance General Terms and Conditions (September 22, 2025), https://www.commerce.gov/sites/default/files/2025-09/DOC%20Financial%20Assistance%20General%20Terms%20and%20Conditions%20as%20of%2022%20September%202025%20vF.pdf.

**Exhibit 40**: Commerce, NOFO, FY 2025 Economic Development Administration's ("EDA") Public Works and Economic Adjustment Assistance Programs (March 14, 2023), https://grants.gov/search-results-detail/346815.

**Exhibit 41**: Commerce, National Oceanic and Atmospheric Administration ("NOAA"),



PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

NOFO, FY 2026 Pacific Coastal Salmon Recovery Fund (Annual Appropriations and IIJA Funds) (Apr. 30, 2026), https://grants.gov/search-results-detail/362148.

**Exhibit 42**: Letter from Pramila Jayapal to Tom Cole & Rosa L. DeLauro, *Request for Seattle Waterfront Sea Level Rise Vulnerability Assessment in Fiscal Year 2025* (May 10, 2024), https://jayapal.house.gov/wp-content/uploads/2024/05/FD_CJS_PortOfSeattle_SeaLevelRise.pdf.

**Exhibit 43**: Letter from Pramila Jayapal to Tom Cole & Rosa L. DeLauro, *Request for Seattle Waterfront Sea Level Rise Vulnerability Assessment in Fiscal Year 2026* (May 2, 2025), https://jayapal.house.gov/wp-content/uploads/2025/05/26_FD_CJS_PortOfSeattle_SeaLevelRise.pdf.

**Exhibit 44**: House Appropriations Committee, FY27 Member Requests Guidance, https://appropriations.house.gov/fy27-information/fy27-member-requests-guidance (last visited September 24, 2026).

**Exhibit 45**: House Subcommittee on Commerce, Justice, Science, and Related Agencies, Fiscal Year 2027 Member Community Project Funding Request Guide, https://appropriations.house.gov/sites/evo-subsites/republicans-appropriations.house.gov/files/evo-media-document/fy27-cjs-cpf-guidance.pdf (last visited September 24, 2026).

**Exhibit 46**: House Appropriations Committee, Guidance for Community Project Funding, https://appropriations.house.gov/sites/evo-subsites/republicans-appropriations.house.gov/files/evo-media-document/fy-2027-community-project-funding-request-general-guidance.pdf (last visited September 24, 2026).



PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

**Exhibit 47**: Pramila Jayapal, Press Release, *Jayapal Secures Nearly $18.4 Million in Community Project Funding for FY 26* (Apil. 10, 2026), https://jayapal.house.gov/2026/04/10/jayapal-secures-nearly-18-4-million-in-community-project-funding-for-fy26/.

**Exhibit 48**: National Telecommunication and Information Administration ("NTIA"), Press Release, *Statement from U.S. Secretary of Commerce Howard Lutnick on the BEAD Program* (March 5, 2025), https://www.ntia.gov/press-release/2025/statement-us-secretary-commerce-howard-lutnick-bead-program.

**Exhibit 49**: NTIA, *Fact Sheet: Ending Biden's Broadband Burdens* (June 6, 2025), https://www.ntia.gov/other-publication/2025/fact-sheet-ending-biden-s-broadband-burdens.

**Exhibit 50**: U.S. Department of Agriculture ("USDA"), General Terms and Conditions for Federal Awards (December 31, 2025), https://www.usda.gov/sites/default/files/documents/usda-general-terms-conditions-2025.pdf.

**Exhibit 51**: USDA, FY 2025 Community Wildfire Defense Grant ("CWDG") NOFO, West (November 21, 2024), https://www.grants.gov/search-results-detail/357222.

**Exhibit 52**: USDA, Conservation Innovation Grants ("CIG") Classic Program FY 2026 (May 22, 2026), https://www.grants.gov/search-results-detail/362545.

**Exhibit 53**: USDA Office of the Secretary, Secretary's Memorandum 1078-001, *Prioritizing Unity, Equality, Meritocracy, and Color-Blind Policies, in the United States Department of Agriculture* (February 13, 2025), https://www.usda.gov/directives/sm-1078-001.

**Exhibit 54**: USDA Office of the Secretary, Secretary's Memorandum 1078-004, *Directive on Departmental Grant and Cooperative Agreement Priorities* (March 13, 2025), https://www.usda.gov/sites/default/files/documents/sm-1078-004.pdf.



PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

**Exhibit 55**: USDA Office of the Secretary, Secretarial Memorandum 1078-21, *Establishment of USDA General Terms and Conditions for Grants, Cooperative Agreements, and Similar Arrangements* (December 31, 2025), https://www.usda.gov/sites/default/files/documents/sm-1078-021.pdf.

**Exhibit 56**: U.S. Department of Energy ("DOE"), Standard Terms and Conditions (October 2025), https://www.energy.gov/sites/default/files/2025-10/Standard%20Terms%20and%20Conditions.pdf.

**Exhibit 57**: DOE, Standard Terms and Conditions (June 2026), https://www.energy.gov/documents/standard-terms-and-conditions-use-most-grants-and-cooperative-agreements-june-2026.

**Exhibit 58**: DOE, Administrative and Legal Requirements Document ("ALRD"), Weatherization Assistance Program ("WAP") Program Year (PY) 2026 Formula Grants (July 9, 2026), https://www.energy.gov/documents/2026-administrative-and-legal-requirements-document-alrd.

**Exhibit 59**: Memorandum from Acting Secretary to Heads of Departmental Elements and National Laboratories, *Executive Order on Ending Radical and Wasteful Government DEI Programs and Preferencing, and Agency-Wide Policy to Promote Equal Opportunity* (January 23, 2025), https://www.energy.gov/sites/default/files/2025-02/Memorandum%20signed%20by%20Acting%20Secretary%20of%20Energy%20Ingrid%20C.%20Kolb%20dated%20January%2023%202025%20%28002%29.pdf.

**Exhibit 60**: Training & Employment Notice No. 21-24, *Immediate Implementation of Executive Orders "Ending Radical and Wasteful Government DEI Programs and Preferencing" and "Ending Illegal Discrimination and Restoring Merit-Based Opportunity"* (January 22, 2025),



PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

https://www.dol.gov/sites/dolgov/files/ETA/advisories/TEN/2024/TEN%2021-24/TEN%2021-24.pdf.

**Exhibit 61**: Cancellation of Training and Employment Notice (TEN) No. 21-24 (February 27, 2025), https://www.dol.gov/sites/dolgov/files/ETA/advisories/TEN/2024/TEN%2021-24%2C%20Change%201/TEN%2021-24%20Change%201%20%28Complete%20Document1%29.pdf.

**Exhibit 62**: Training & Employment Notice No. 10-23, *Work Authorization Verification in Grant Programs Administered by the Employment and Training Administration* (July 10, 2025), https://www.dol.gov/sites/dolgov/files/ETA/advisories/TEGL/2023/TEGL%2010-23%20Change%202/TEGL%2010-23%20Change%202.pdf.

**Exhibit 63**: Training & Employment Guidance Letter No. 10-23, Change 3, *Rescission of Training and Employment Guidance Letter No. 10-23, Change 2* (March 18, 2026), https://www.dol.gov/sites/dolgov/files/ETA/advisories/TEGL/2025/TEGL%2010-23%2C%20Change%203/TEGL%2010-23%20Change%203.pdf.

**Exhibit 64**: Training & Employment Notice No. 07-25, *Modification Requirements for Workforce Innovation and Opportunity Act (WIOA) State Plans for Program Years (PYs) 2026 and 2027* (January 26, 2026), https://www.dol.gov/sites/dolgov/files/ETA/advisories/TEGL/2025/TEGL%2007-25/TEGL%2007-25.pdf.

**Exhibit 65**: U.S. Department of the Interior ("Interior"), General Award Terms and Conditions (April 1, 2025), https://www.doi.gov/sites/default/files/documents/2025-07/doi-general-terms-and-conditions-v5.pdf.

**Exhibit 66**: Interior, General Award Terms and Conditions (July 30, 2025),



PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

https://www.doi.gov/sites/default/files/documents/2026-03/doi-general-terms-and-conditions-v62.pdf.

**Exhibit 67**: Interior, NOFO, WaterSMART Cooperative Watershed Management Program ("CWMP") (June 10, 2026), https://www.grants.gov/search-results-detail/362755.

**Exhibit 68**: Interior, NOFO, Outdoor Recreation Legacy Partnership Program ("ORLP") (June 8, 2026), https://www.grants.gov/search-results-detail/362715.

**Exhibit 69**: Interior, NOFO, FY 2026 National Fish Passage Program (August 24, 2026), https://www.grants.gov/search-results-detail/363699.

**Exhibit 70**: Interior, NOFO, Coastal Program FY26 (May 19, 2026), https://www.grants.gov/search-results-detail/362470.

**Exhibit 71**: Interior, Land and Water Conservation Fund ("LWCF") Manual (May 1, 2026), https://www.nps.gov/subjects/lwcf/v2026.htm.

**Exhibit 72**: Secretary of the Interior, Order No. 3416, *Ending DEI Programs and Gender Ideology Extremism* (January 30, 2025), https://www.doi.gov/document-library/secretary-order/so-3416-ending-dei-programs-and-gender-ideology-extremism.

**Exhibit 73**: Memorandum from Chief Human Capital Officer to All Employees, *Reporting DEI-Related Discrimination, Retaliation, and Related Whistleblower Disclosures* (March 18, 2026), https://www.doi.gov/sites/default/files/documents/2026-03/318-chco-all-employee-message.pdf.

**Exhibit 74**: Institute of Museum and Library Services ("IMLS"), Award Certifications and Assurances, https://www.imls.gov/grants/assurances-certifications (last visited September 25, 2026).



PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

**Exhibit 75**: IMLS, Statement of Assurances and Certifications for 2026 Grant, https://www.imls.gov/sites/default/files/2025-12/fy26lstaassurancescertifications.pdf (last visited October 2, 2026).

**Exhibit 76**: IMLS, Press Release, *Keith E. Sonderling Sworn In as Acting Director of Institute of Museum and Library Services* (March 20, 2025), https://www.imls.gov/news/keith-e-sonderling-sworn-acting-director-institute-museum-and-library-services.

**Exhibit 77**: Settlement Agreement, *American Library Association v. Sonderling*, No. 25-cv-10150 (D.D.C.) (April 9, 2026), https://www.ala.org/sites/default/files/2026-04/ALA-v-Sonderling-Settlement-Agreement-as-of-April-9-2026-signed-1-6.pdf.

**Exhibit 78**: Memorandum from Deputy Attorney General to DOJ Offices, Divisions, and U.S. Attorneys, *Civil Rights Fraud Initiative* (May 19, 2025), https://www.justice.gov/dag/media/1400826/dl.

**Exhibit 79**: Memorandum from Assistant Attorney General to All Civil Division Employees, *Civil Division Enforcement Priorities* (June 11, 2025), https://www.justice.gov/civil/media/1404046/dl.

**Exhibit 80:** Harmeet K. Dhillon, Assist. Att'y Gen., Letter to Hon. Brandon Johnson, *Investigation of the Employment Practices of the City of Chicago, Illinois, Pursuant to Section 707 of Title VII of the Civil Rights Act of 1964, as Amended* (May 19, 2025), https://www.justice.gov/crt/media/1400811/dl?inline (last visited July 13, 2026).

**Exhibit 81:** Harmeet K. Dhillon, Assist. Att'y Gen., Letter to Mayor Kirk Watson, *Investigation of Employment Practices of the City of Austin Pursuant to Section 707 of Title VII of the Civil Rights Act of 1964* (Sept. 18, 2025), https://www.justice.gov/crt/media/1414436/dl?inline (last visited July 13, 2026).



PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

**Exhibit 82:** Harmeet K. Dhillon, Assist. Att'y Gen., Letter to Dr. Michael Drake, *Investigation of the Employment Practices of the University of California, Pursuant to Section 707 of Title VII of the Civil Rights Act of 1964, as Amended* (June 26, 2025), https://www.justice.gov/opa/media/1404751/dl (last visited July 13, 2026).

**Exhibit 83**: DOE, Financial Assistance Certifications and Assurances for Use With SF 424 (August 2005), https://www.energy.gov/management/articles/certifications-and-assurances-use-sf-424.

**Exhibit 84**: Memorandum from the Attorney General to All Department Employees, *Ending Illegal DEI and DEIA Discrimination and Preferences* (February 5, 2025), https://www.justice.gov/ag/media/1388501/dl?inline.

**MEMORANDUM OF LAW IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE**

Under Federal Rule of Evidence 201, upon a party's request at "any stage of the proceeding," the Court "must take judicial notice" of any "fact that is not subject to reasonable dispute because it . . . can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2), (c)(2), (d). Relevant here, courts may take judicial notice of federal "guidance documents" available from reliable "government sources." *Montera v. Premier Nutrition Corp.*, 111 F.4th 1018, 1030 n.2 (9th Cir. 2024) (taking judicial notice of agency guidance documents). Similarly, documents "made publicly available by government entities" on their websites, the authenticity of which is not contested, are subject to judicial notice. *Daniels-Hall v. Nat'l Educ. Ass'n*, 629 F.3d 992, 998–99 (9th Cir. 2010); *see also City & Cnty. of San Francisco v. Garland*, 42 F.4th 1078, 1083 n.3 (9th Cir. 2022) (taking judicial notice of DOJ "legal notice" of nonenforcement of certain grant conditions where the notice was



PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

"a public document available on the [DOJ] Office of Justice's website).

Here, each document in this Request can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned and is accordingly judicially noticeable. Exhibits 1–6, 20–21, 29–32, 39, 50, 56–57 , 65–66, 71, and 74–75 are standard grant terms and conditions and/or guidance issued by DOJ, DHS, EPA, Commerce, USDA, DOE, Interior, and IMLS and published on their official websites; Exhibits 7–16, 22–28, 33–34, 40–41, 51–52, 58, 67–70, and 83 are NOFOs or an ALRD issued by DOJ, DHS, FEMA, EPA, Commerce, USDA, DOE, and Interior—these documents were published on the grants.gov website, which is the U.S. government's central online portal for finding and applying for federal grants, or the agencies' official websites; Exhibits 17–19, 35–38, 42–49, 53–55, 59–64, 72–73, 76, 78–82, and 84 are memoranda, letters, press releases, notices, overviews, or alerts issued by DOJ, EPA, the Office of Pramila Jayapal, the House Appropriations Committee, the House Subcommittee on Commerce, Justice, Science, and Related Agencies, NTIA, USDA, DOE, DOL, Interior, and IMLS, and are published on their official websites; and Exhibit 77 is a signed settlement agreement to which federal agencies and officers (including President Trump and IMLS) are a party. The accuracy of these sources is not subject to reasonable dispute and they have a direct relationship to matters at issue in the pending Motion. *See City of Fresno v. Mullin*, No. 26-cv-01535-WHO, 2026 WL 1998576, at *1 n.3 (N.D. Cal. Jul. 9, 2026) (taking judicial notice of many of the same documents, including DOJ memos and DHS NOFOs and standard grant terms and conditions); *Cnty. of Santa Clara v. Noem*, 815 F. Supp. 3d 979, 1018 n.7–8 (N.D. Cal. 2025) (similar).

// //

// //

// //



PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

Accordingly, Plaintiffs respectfully request that this Court take judicial notice of the attached Exhibits.

DATED this 16th day of October, 2026.

PACIFICA LAW GROUP LLP

*s/ Jamie Lisagor*
Paul J. Lawrence, WSBA #13557
Jamie Lisagor, WSBA #39946
Sarah Du, WSBA #63807
Luther Reed-Caulkins, WSBA #62513
Carly Zipper, WSBA #60598

*Attorneys for Plaintiffs*



PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750